Reuben D. Nathan, Esq. (SBN 208436)
Email: rnathan@nathanlawpractice.com
NATHAN & ASSOCIATES, APC
2901 W Coast Hwy Ste 200
Newport Beach, CA 92663
Phone: (949) 270-2798

Ross Cornell, Esq. (SBN 210413)
LAW OFFICES OF ROSS CORNELL, APC
Email: rc@rosscornelllaw.com
5042 Wilshire Blvd., Suite 46382
Los Angeles, CA 90036
Phone: (562) 612-1708

Attorney of Record for Plaintiff,
Charles Ballard

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Charles Ballard, an individual on behalf of himself and all others similarly situated and the general public,<br><br>　　　　　Plaintiff,<br><br>　　　　　v.<br><br>Bhang Corporation, et al.<br><br>　　　　　Defendants. | Case No.:<br>5:19−cv−02329 JGB (KKx)<br><br>**NOTICE OF PARTIAL SETTLEMENT**<br><br>[As To Defendants Bhang Corporation and Bhang, Inc. Only] |

**TO THE HONORABLE UNITED STATES DISTRICT COURT AND TO THE CLERK OF THE COURT:**

In accordance with Local Rule 16-15.7, Plaintiff hereby submits this Notice of Settlement to notify the Court that the lawsuit has been settled as to all causes of action and all claims alleged against Defendants **Bhang Corporation** and **Bhang, Inc.** (the "Bhang Defendants"). The settlement is as to the Bhang Defendants **only**. Claims continue as against the remaining Defendants set forth in the First Amended Complaint.

Respectfully submitted,

Dated: August 28, 2020            LAW OFFICES OF ROSS CORNELL, APC


By: /s/ *Ross Cornell*
      Ross Cornell, Esq.,
      Attorneys for Plaintiff,
      Charles Ballard and the Proposed Classes